1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA

10

11    RANJIT SINGH,                                  Case No.:  26cv496-LL-SBC

12                           Petitioner,
                                                     **ORDER GRANTING PETITION**
13    v.                                             **FOR WRIT OF HABEAS CORPUS**
                                                     **PURSUANT TO 28 U.S.C. § 2241**
14    JEREMY CASEY, Warden of Imperial
      Regional Detention Facility; et al.,           [ECF No. 1]
15
                           Respondents.
16

17

18        Before the Court is Petitioner Ranjit Singh's Petition for Writ of Habeas Corpus

19    pursuant to 28 U.S.C. § 2241. ECF No. 1 ("Pet."). Respondents filed a Return in which

20    they acknowledge that (1) Petitioner is a member of the Bond Eligible Class certified in

21    *Maldonado    Bautista    v.    Santacruz*,    No.    5:25-cv-01873-SSS-BFM,

22    2025 WL 3288403 (C.D. Cal. Nov. 25, 2025); (2) a final judgment has been entered as to

23    the Bond Eligible Class; and (3) per the entry of final judgment, Petitioner is detained under

24    8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be

25    held pursuant to 8 U.S.C. § 1226(a). ECF No. 4; *see also Maldonado Bautista v. Noem*,

26    / / /

27    / / /

28    / / /

1  No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485, at *1 (C.D. Cal. Dec. 18, 2025)

2  (entering final judgment for members of the Bond Eligible Class).[1]

3          Accordingly, the Court **ORDERS** as follows:

4          1.      Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**.[2]

5          2.      Respondents shall provide Petitioner with an individualized bond hearing

6  before an immigration judge pursuant to 8 U.S.C. § 1226(a) within **seven (7) days** of the

7  date of this order.

8          3.      The Clerk of Court shall enter judgment in Petitioner's favor and close this

9  case.

10         **IT IS SO ORDERED.**

11  Dated:  February 11, 2026

12

13                                          _____
                                            Honorable Linda Lopez
                                            United States District Judge

14

15

16

17

18

19

20

21

22

23  _____

24  [1] Subsequent to entry of judgment, the respondents in *Maldonado Bautista* filed a Notice

25  of Appeal. However, the Ninth Circuit has held the filing of an appeal does not suspend
    the preclusive effect of a lower court judgment. *Hawkins v. Risley*, 984 F.2d 321, 324

26  (9th Cir. 1993) (citations omitted).

27

28  [2] Petitioner requests attorney's fees and costs under the Equal Access to Justice Act
    [Pet. at 23], which the Court **DENIES** without prejudice.

26cv496-LL-SBC